ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBA No. 32245.
Head of Program Litigation 1
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
  Program Litigation 1 | Law & Policy
  Social Security Administration
  6401 Security Boulevard
  Baltimore, Maryland 21235
  Telephone: (510) 970-4822
  E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| RICHARD GREYEAGLE,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | No.  2:25-cv-02839-JDP<br><br>STIPULATION FOR EXTENSION TO FILE OPPOSITION TO PLAINTIFF'S OPENING BRIEF |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's motion for summary judgment be extended from January 23 to February 23, 2026.  This is Defendant's first request for an extension of time to respond to Plaintiff's brief.  Defendant respectfully requests this additional time because counsel was recently assigned the case and currently has eight district court briefs due from January 20 to January 29, 2026.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

- Defendant shall respond to Plaintiff's opening brief on or before February 23, 2026;

- Plaintiff's optional reply will be due within 14 days of the filing of Defendant's brief (on or before March 9, 2026).

Respectfully submitted,

DATE: January 13, 2026              /s/ Francesco P. Benavides*
                                    FRANCESCO P. BENAVIDES
                                    Attorney for Plaintiff
                                    (* approved via email on 1/13/26)

                                    ERIC GRANT
                                    United States Attorney

DATE: January 13, 2026         By   s/ Marcelo Illarmo
                                    MARCELO ILLARMO
                                    Special Assistant United States Attorney

                                    Attorneys for Defendant


                                    ORDER


IT IS SO ORDERED.


Dated:    January 16, 2026          _____
                                    JEREMY D. PETERSON
                                    UNITED STATES MAGISTRATE JUDGE

2